**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JUAN CARLOS CRISTALES BRIZUELA** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.   26-5086** |
| | : | |
| **JAMISON, J.L,** *et al.* | : | |

# ORDER

 **AND NOW**, this 29ᵗʰ day of July 2026, upon considering the respondents' certification

of compliance (DI 4) of our July 24, 2026 order (DI 3), it is **ORDERED** the Clerk of Court shall

**close** this case.

_____
**MURPHY, J.**